**STATE of Maine**

**v.**

**Danny HENDERSON.**

Supreme Judicial Court of Maine.

Submitted on Briefs March 16, 1988.
Decided April 14, 1988.

R. Christopher Almy, Dist. Atty., Philip C. Worden, Asst. Dist. Atty., Bangor, for plaintiff.

Lawrence A. Lunn, Lunn & Growe, Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Defendant Danny Henderson appeals a judgment of the Superior Court, Penobscot County, entered on a jury verdict finding him guilty of theft by unauthorized taking, 17-A M.R.S.A. § 353 (1983). Henderson contends the evidence was insufficient to support the conviction. Contrary to Henderson's contention, viewing the evidence in the light most favorable to the State, a jury could rationally conclude that all of the elements of the offense of theft had been proven beyond a reasonable doubt. *State v. Barry,* 495 A.2d 825, 826 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.